IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| MARK W. CRANE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:10-CV-149 |
| | ) |
| MONTEREY MUSHROOM, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the "Motion for Summary Judgment of Defendant Monterey Mushrooms, Inc." [doc. 24] is **DENIED**.

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge