UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MARK W. CRANE, )
 )
    Plaintiff, )
 )
v. ) No. 3:10-cv-149
 ) Judge: Jordan/Guyton
MONTEREY MUSHROOMS, INC., )
 )
    Defendant. )

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Come the parties, Plaintiff, Mark W. Crane, and Defendant, Monterey Mushrooms, Inc. and hereby stipulate and agree that the above captioned matter shall be dismissed with prejudice. Therefore, it is

**ORDERED, ADJUDGED** and **DECREED** that this case is DISMISSED WITH PREJUDICE.

Each party shall bear their own attorneys' fees, discretionary costs and any Court costs.

ENTERED this _____ day of _____, 2013.

_____
JUDGE

APPROVED FOR ENTRY:

_____
David A. Burkhalter II, BPR#004771
Attorney for Plaintiff
Burkhalter, Rayson & Associates
111 S. Central Street
P.O. Box 2777
Knoxville, TN 37901
(865) 524-4974

*Attorneys for Plaintiff*

_____
Rebecca B. Murray, BPR#011622
Attorney for Defendant
Wimberly Lawson Wright Daves & Jones, PLLC
550 Main Avenue, Ste. 900
Knoxville, TN 37902
(865) 546-1000

*Attorneys for Defendant*

2